NUMBER
13-02-689-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

MARIO MOLINA,                                                                  Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

____________________________________________________________________

 

                         On
appeal from the 148th District Court

                                  of Nueces County, Texas.

____________________________________________________________________

 

                                   O
P I N I O N

 

Before
Justices Rodriguez, Castillo, and Kennedy[1]

Opinion
Per Curiam

 








On November 25, 2002, appellant filed a motion to reinstate appeal in
this cause which was granted by this Court. 
Upon further review, the Court has determined that no prior appeal was
ever pending in this cause in this Court and thus the motion to reinstate was
improvidently granted.  Accordingly, the
Court denies the motion to reinstate and dismisses this appeal for want of
jurisdiction.          

 

                                                                   PER
CURIAM

 

 

Do not publish.

Tex.
R. App. P. 47.2(b).

 

Opinion delivered and
filed this

the 16th day of January,
2003.

 

 

 

 

 

 

 

 

 

 











[1]Retired
Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme
Court of Texas pursuant to Tex. Gov=t Code
Ann. ' 74.003 (Vernon 1998).